**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00008-WJM-KMT

FEDERAL BOULEVARD APARTMENTS, LLC,
LOWRY VILLAGE APARTMENTS, LLC
and NORTH CORONADO PARKWAY
APARTMENTS, LLC,

   Plaintiffs,

v.

COMMERCIAL SERVICES BUILDING, INC.,
PARK'S GENERAL, INC. and THE SHERWIN-
WILLIAMS COMPANY,

   Defendants,

and

PARK'S GENERAL, INC.,

   Defendant-Third-Party Plaintiff,

v.

SUNG W. KWEON, d/b/a PIKES PEAK
SERVICE PAINTING,

   Third-Party Defendant.

_____

**ORDER OF DISMISSAL**

_____

   This matter is before the Court on the parties' Notice and Stipulation of Voluntary

Dismissal (ECF #69) wherein Plaintiffs Federal Boulevard Apartments, LLC, Lowry

Village Apartments, LLC and North Coronado Parkway Apartments, LLC, along with

Defendants Park's General, Inc. and The Sherwin-Williams Company, Third-Party

Plaintiff Park's General, Inc. and Third-Party Defendant Sung W. Kweon, d/b/a Pikes

Peak's Service Painting, have advised this Court of their negotiation of a

comprehensive, full and final settlement with respect to all of the claims, cross-claims

and third-party claims asserted between and among them, as well as their intention to

dismiss, with prejudice, said claims and causes of action.

IT IS HEREBY ORDERED, pursuant to said Notice and Stipulation, that all of the

claims, counterclaims, cross-claims and third-party claims asserted by and among the

Plaintiffs, Defendants Park's General, Inc. and The Sherwin-Williams Company, Third-

Party Plaintiff Park's General, Inc. and Third-Party Defendant Sung W. Kweon, d/b/a

Pikes Peak Painting Service, are hereby DISMISSED WITH PREJUDICE.  Each party

shall  pay its or his own legal fees and court costs.

IT IS FURTHER ORDERED that Plaintiffs' claims and causes of action asserted

in this case against Defendant Commercial Services Building, Inc. are hereby

DISMISSED WITHOUT PREJUDICE to Plaintiffs' right to refile same, and that all costs

associated therewith shall be taxed against Plaintiffs.

Dated this 14th  day of March, 2011.

BY THE COURT:

*s/ William J. Martínez*
United States District Judge